IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WAYNE E. DRIGGERS,

       Appellant,

  v.

Case No.  5D22-647
LT Case No. 2010-CF-003329-A

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed September 13, 2022

Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Wayne E. Driggers, Blountstown,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.


EVANDER, EDWARDS and EISNAUGLE, JJ., concur.